IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE YOUNG
ADC #709094                                                          PLAINTIFF

v.                              No. 4:20-cv-224-DPM-JJV

JEFFERY STEIVE, Director, Health
Care Services; RORY GRIFFIN, Deputy
Director, Health and Correctional Services;
GEORGE WILSON, Medical Administrator,
ADC; JOSEPH HUGHES, Doctor; WELLPATH;
and DOES, 1–3, Members of Hepatitis C
Treatment Review Committee                                          DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendations, *Doc. 16 & 20*, and overrules Young's objections, *Doc. 23 & 24*. FED. R. CIV. P. 72(b)(3). Motions to dismiss, *Doc. 11 & 17*, partly granted. Young's claims for damages against Griffin and Wilson in their official capacities are dismissed with prejudice. The motions to dismiss are otherwise denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 May 2020