## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LESLIE YOUNG**
**ADC #709094**                                                        **PLAINTIFF**

**v.**                           **No. 4:20-cv-224-DPM**

**JEFFERY STEIVE, Director, Health Care**
**Services;   RORY GRIFFIN, Deputy Director,**
**Health and Correctional Services;   GEORGE**
**WILSON, Medical Administrator, ADC;**
**JOSEPH HUGHES, Doctor;   WELLPATH;**
**and DOES, 1–3, Members of Hepatitis C**
**Treatment Review Committee**                        **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 33,* and overrules Young's objections, *Doc. 38.* FED. R. CIV. P. 72(b)(3).   The Court understands the difficulty Young has faced trying to get names and addresses for the Doe Defendants.   But *pro se* plaintiffs are responsible for providing information for proper service.   *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (*per curiam*). The Doe Defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2020