IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE YOUNG
ADC #709094                                                     PLAINTIFF

v.                No. 4:20-cv-224-DPM-JJV

JEFFERY STEIVE, Director, Health
Care Services; RORY GRIFFIN, Deputy
Director, Health and Correctional Services;
GEORGE WILSON, Medical Administrator,
ADC; JOSEPH HUGHES, Doctor;
and WELLPATH                                        DEFENDANTS

## ORDER

The Court has reviewed Magistrate Judge Volpe's partial recommendations, *Doc. 55*, and Young's objections, *Doc. 59*. FED. R. CIV. P. 72(b)(3). The Court would benefit from a response from defendants to Young's objections—particularly, her points about exhaustion of remedies and Griffin and Wilson's membership on the hepatitis C committee. Response due by 16 November 2020.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2020