IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE YOUNG
ADC #709094                                                                PLAINTIFF

v.                            No. 4:20-cv-224-DPM-JJV

JEFFERY STEIVE, Director, Health
Care Services; RORY GRIFFIN, Deputy
Director, Health and Correctional Services;
GEORGE WILSON, Medical Administrator,
ADC; JOSEPH HUGHES, Doctor;
and WELLPATH                                                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendations, *Doc. 55*, and overrules Young's objections, *Doc. 59*. FED. R. CIV. P. 72(b)(3). Despite Young's assertions, the record shows that Griffin and Wilson weren't members of the hepatitis C committee when this lawsuit was filed or at any prior time. *Doc. 64*. Griffin and Wilson's motion for summary judgment, *Doc. 49*, is granted. Young's claims against them are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2020