IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LESLIE YOUNG
ADC #709094                                                                PLAINTIFF

v.                              No. 4:20-cv-224-DPM

JEFFERY STEIVE, Director, Health
Care Services; JOSEPH HUGHES, Doctor;
WELLPATH; CHRIS HORAN, Regional
Medical Director; DEXTER PAYNE, Director
Arkansas Division of Correction;
JUDD BAZZEL, Committee Member;
DEB STIEVE, Committee Member;
MELISSA MOORE, Committee Member;
MICHELLE GRISWOLD DAVIS,
Committee Member; WILLIAM BOYLAN,
Committee member; BENNY MAGNESS,
Chairman Board of Corrections                                          DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 118*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). The claims against Payne and Magness will be dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2022