# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| LESLIE YOUNG<br>ADC #709094 | PLAINTIFF |
| v.  No. 4:20-cv-224-DPM | |
| JEFFERY STEIVE, Director, Health Care Services; JOSEPH HUGHES, Doctor; WELLPATH; CHRIS HORAN, Regional Medical Director; JUDD BAZZEL, Committee Member; KARL KELDIE, Committee Member; DEB STIEVE, Committee Member; MELISSA MOORE, Committee Member; MICHELLE GRISWOLD DAVIS, Committee Member; and WILLIAM BOYLAN, Committee member | DEFENDANTS |

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 121*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Young's complaint will be dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2022